[No. 6461–1–III.   Division Three.   August 15, 1985.]

JOHN L. BISHOP, ET AL, *Appellants,* v. ALVIN L.
LOCKHART, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Chelan County, No. 38031, Charles W. Cone, J., entered April 16, 1984. *Affirmed in part, reversed in part,* and

*remanded* by unpublished opinion per McInturff, A.C.J., concurred in by Munson and Thompson, JJ.